# Court of Appeals
# of the State of Georgia

ATLANTA,  February 10, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1148. NATHANIEL PAIGE v. THE STATE.**

On March 19, 2013, Nathaniel Paige pled guilty to involuntary manslaughter, aggravated assault, and possession of a firearm during the commission of a felony. On October 21, 2019, Paige filed a document labeled a Notice of Appeal in which he challenges his conviction and sentence as void. The trial court transmitted the record based upon the notice of appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Paige filed a notice of appeal over six years after sentence was entered. The notice of appeal is thus untimely, and we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/10/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*